

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor O'Daniel:      Opinion No. O-2370
                             Re:  The construction by the
                                  Southwestern Associated
                                  Telephone Company of
                                  telephone facilities
                                  between its Levelland,
                                  Texas, exchange, and
                                  Sundown, Texas.

     Your communication of May 16, 1940, requests the opinion of this department as to whether the construction by the Southwestern Associated Telephone Company of facilities between its Levelland, Texas, exchange, and Sundown, Texas, will constitute a violation of the statutes of Texas, with specific reference to the anti-trust laws.

     There was enclosed with your letter a copy of the application by the Southwestern Associated Telephone Company with the Federal Communications Commission, for a Certificate of Convenience and Necessity pertaining thereto.

     You are respectfully advised that in our opinion the extension of the facilities of the Southwestern Associated Telephone Company, between its Levelland, Texas, exchange, and Sundown, Texas, under the facts as presented, will not involve a violation of the statutes of Texas in any respect.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      (Signed)
        Zollie C. Steakley
                Assistant

ZCS:ob
APPROVED: May 22, 1940
Gerald C. Mann    (Signed)
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE BY B.W.B.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT